UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K. MWASI,<br>        Plaintiff,<br>    v.<br>BLANCHARD, et al.,<br>        Defendants. | Case No. 20-03127 EJD (PR)<br>**ORDER OF TRANSER** |

Plaintiff, who is currently confined at San Quentin State Prison, filed a pro se civil rights complaint on May 6, 2020, against staff at Corcoran State Prison ("CSP") and a doctor at Pelican Bay State Prison ("PBSP"). Dkt. No. 1. This action was twice closed for Plaintiff's failure to pay the filing fee or file a complete In Forma Pauperis application. Dkt. Nos. 4, 9. The matter was last reopened on December 1, 2020, in the interest of justice. Dkt. No. 12. After an initial review, the Court dismissed the complaint with leave to amend, advising Plaintiff that claims against Defendants located at CSP should be filed as a separate complaint in the Eastern District of California, which has jurisdiction over Kings County where CSP is located. Dkt. No. 17 at 3. On December 23, 2021, Plaintiff filed an amended complaint. Dkt. No. 21.

In the amended complaint, Plaintiff alleges that his constitutional rights to receive

medical and mental health care have been violated.  Dkt. No. 21 at 2.  Plaintiff names CSP as defendant, as well as the medical provider, California Correctional Health Care Services, and various medical staff and medical appeals coordinators.  Id. at 3-4.  No PBSP staff have been named as Defendants in this amended complaint.

Because the relevant defendants for Plaintiff's claims reside in and the acts complained of occurred in Kings County, which lies within the venue of the Eastern District of California, see 28 U.S.C. § 84(b), venue properly lies in that district and not in this one.  See 28 U.S.C. § 1391(b).  Accordingly, this case is TRANSFERRED to the United States District Court for the Eastern District of California.  See 28 U.S.C. § 1406(a).

The Clerk shall terminate all pending motions and transfer the entire file to the Eastern District of California.

**IT IS SO ORDERED.**

**Dated:**     April 21, 2022

EDWARD J. DAVILA
United States District Judge

2